FILED

12/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0154

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0154

_____

DEBRA ANN CHRISTIAN, as Personal
Representative of the ESTATE OF CLIFFORD
CHRISTIAN,

      Plaintiff and Appellant,

   v.

UNITED FIRE AND CASUALTY COMPANY,

      Defendant and Appellee.

O R D E R

_____

Upon consideration of Appellant's motion for an extension of time to file the reply brief and good cause appearing therefore

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including January 13, 2023, within which to prepare, serve and file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 8 2022